WILLIAM S. FREEMAN (82002)
GRANT P. FONDO (181530)
CORY E. MANNING (213120)
Cooley Godward llp
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants BroadVision, Inc.,
Pehong Chen, Randall C. Bolten, David L. Anderson,
Yogen K. Dalal, Todd A. Garrett, Koh Been Hwee,
Kaus Loft, and Carl Pascarella

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re BROADVISION SECURITIES LITIGATION | Master File No. C-01-1969 CRB |
|---|---|
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS, | **STIPULATION RE RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS AND ORDER** |
| | Trial Date:    Not Yet Set |

Lead Plaintiff Sparta Group of Chicago, L.P. ("Plaintiff") and defendants BroadVision, Inc.,

Pehong Chen, Randall C. Bolten, David L. Anderson, Yogen K. Dalal, Todd A. Garrett, Koh Been

Hwee, Kaus Loft, and Carl Pascarella ("Defendants," and collectively, the "Parties") hereby stipulate,

and the Court hereby orders as follows:

**WHEREAS**, on or about May 9, 2002, Defendants filed their Motion to Dismiss Second

Amended Consolidated Complaint ("Motion to Dismiss").

**WHEREAS**, the hearing on Defendants Motion to Dismiss is scheduled for July 26, 2002.

**WHEREAS**, the Court has requested the postponement of the July 26, 2002 hearing date.

**WHEREAS,** the Parties have agreed to reschedule the hearing on Defendants' Motion to Dismiss

to August 30, 2002 at 10:00 a.m.

C:\Stipulation Re Rescheduling Mot. to Dismiss.doc          1.          **STIPULATION RE BRIEFING SCHEDULE & [PROPOSED] ORDER C-01-1969 CRB**

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1.      The hearing on Defendants' Motion to Dismiss shall be rescheduled from July 26, 2002 to August 30, 2002 at 10:00 a.m..

DATED:   July 24, 2002

Grant P. Fondo, Esq.  (181530)
Cooley Godward LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306

_____/s/_____
*Counsel for Defendants*

DATED:   July 24, 2002

Elizabeth P. Lin, Esq.  (174663)
Weiss & Yourman
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA  90024

_____/s/_____
*Lead counsel for Putative Class*

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED:   July 24, 2002                        _____/s/_____
                                                         Honorable Charles R. Breyer
                                                         United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

C:\Stipulation Re Rescheduling Mot. to Dismiss.doc          2.                **STIPUATION RE BRIEFING SCHEDULE & [PROPOSED] ORDER C-01-1969 CRB**

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**STIPULATION RE RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**

I am personally and readily familiar with the business practice of Cooley Godward llp for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California on the following part(ies) in this action:

| | |
|---|---|
| Reed R. Kathrein, Esq. | William S. Lerach, Esq. |
| John K. Grant, Esq. | Darren J. Robbins, Esq. |
| Milberg Weiss Bershad Hynes & Lerach LLP | Milberg Weiss Bershad Hynes & Lerach LLP 401 |
| 100 Pine Street, Suite 2600 | B Street, Suite 1700 |
| San Francisco, CA 94111 | San Diego, CA 92101 |
| FACSIMILE NO. (415) 288-4534 | FACSIMILE NO.: (619) 231-7423 |
| | |
| Robert N. Kaplan, Esq. | Charles J. Piven, Esq. |
| Kaplan, Kilsheimer & Fox LLP | Law Offices of Charles J. Piven |
| 805 Third Avenue, 22nd Floor | 401 East Pratt Street, Suite 2525 |
| New York, NY 10022 | Baltimore, Maryland 21202 |
| FACSIMILE NO.: (212) 687-7714 | FACSIMILE NO.: (410) 685-1300 |
| | |
| Michael S. Egan, Esq. | William B. Federman, Esq. |
| Bernstein Liebhard & Lifshitz, LLP | Dreier Baritz & Federman |
| 10 East 40th Street | 120 N. Robinson, Suite 2720 |
| New York, NY 10016 | Oklahoma City, OK 73102 |
| FACSIMILE NO.: (212) 779-3218 | FACSIMILE NO.: (405) 239-2112 |

COOLEY GODWARD llp
ATTORNEYS AT LAW
PALO ALTO

C:\Stipulation Re Rescheduling Mot. to Dismiss.doc        3.        **STIPUATION RE BRIEFING SCHEDULE & [PROPOSED] ORDER C-01-1969 CRB**

Marc A. Topaz, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
FACSIMILE NO.: (610) 667-7056

Daniel Woska, Esq.
Woska & Hasbrook
120 North Robinson
Oklahoma City, OK 73102
FACSIMILE NO.: (405) 235-1572

Jonathan M. Stein, Esq.
Cauley, Geller, Bowman & Coates LLP
One Boca Place, Suite 421A
2255 Glades Road
Boca Raton, FL  33431
FACSIMILE NO.: (561) 750-3364

Corey D. Holzer, Esq.
Holzer & Holzer
6135 Barfield Road, Suite 102
Atlanta, GA  30328
FACSIMILE NO.: (404) 847-0036

Francis M. Gregorek, Esq.
Betsy Manifold, Esq.
Wolf, Haldenstein, Adler Freeman & Herz
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
FACSIMILE NO.: (619) 234-4599

Fred T. Isquith, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz LLP
270 Madison Avenue
New York, NY  10016
FACSIMILE NO.:  (212) 686-0114

Marc S. Henzel, Esq.
Law Offices of Marc S. Henzell
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004-2808
FACSIMILE NO.:  (610) 660-8080

Ira M. Press, Esq.
Jeffrey H. Squire, Esq.
Kirby, McInerney & Squire LLP
830 Third Avenue, 10th Floor
New York, NY  10022
FACSIMILE:  (212) 751-2540

Jill Manning
Kirby McInerney & Squire LLP
7665 Redwood Blvd., Suite 200
Novato, CA  94945
FACSIMILE NO.:  (415) 898-8160

Laurence D. King, Esq.
Kaplan Kilsheimer & Fox LLP
601 Montgomery Street, Suite 300
San Francisco, CA  94111
FACSIMILE NO.: (415) 772-4707

C:\Stipulation Re Rescheduling Mot. to Dismiss.doc          4.

**STIPUATION RE BRIEFING SCHEDULE &
[PROPOSED] ORDER C-01-1969 CRB**

Nadeem Faruqi, Esq.
Faruqi & Faruqi LLP
320 East 39th Street
New York, NY 10016
FACSIMILE NO.: (212) 983-9331

Kevin J. Yourman, Esq.
Elizabeth P. Lin, Esq.
Weiss & Yourman
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
FACSIMILE NO.: (310) 209-2348

Anthony J. Bolognese, Esq.
Bolognese & Associates LLC
One Penn Center Plaza
1617 John F. Kennedy Blvd., Suite 669
Philadelphia, PA 19103
FACSIMILE: (215) 854-4013

Patrice L. Bishop, Esq.
Stull, Stull & Brody
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
FACSIMILE: (310) 209-2468

Leo W. Desmond, Esq.
Law Offices of Leo W. Desmond
2161 Palm Beach Lakes Blvd.
Suite 204
West Palm Beach, FL 33409
FACSIMILE: (561) 712-8002

Jules Brody, Esq.
Aaron L. Brody, Esq.
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10016
FACSIMILE: (212) 490-2022

I declare that I am employed in the office of a member of the bar of the Court at whose direction the service was made.

Executed on July 24, 2002, at Palo Alto, California.

_____/s/_____
Jocelyn McIntosh

C:\Stipulation Re Rescheduling Mot. to Dismiss.doc          5.

**STIPUATION RE BRIEFING SCHEDULE &
[PROPOSED] ORDER C-01-1969 CRB**